with ALBERT BERMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS LOAN AND TRUST COMPANY) and Others, Appellants, v. THE RAY ESTATE CORPORATION, Respondent, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HELEN PAGE, Appellant, v. DEFOREST GRANT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of BERIZZI BROS. Co., INC., Respondent, against LOUIS KRAWITZ, Appellant, for an Order Requiring Said Appellant to Submit Certain Differences between the Parties to Arbitration.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew upon the determination of the issue with respect to the existence of the contract upon which arbitration depends. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of GASPAR ARTES, Respondent, for an Order Directing the Arbitration Provided for in a Certain Contract in Writing Entered into between Petitioner and MANNIELLO BROS. & MAYRSOHN, INC., Appellant, on November 5, 1930, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of GASPAR ARTES, Respondent, for an Order Directing the Arbitration Provided for in a Certain Contract in Writing Entered into between Petitioner and MANNIELLO BROTHERS & MAYRSOHN, INC., Appellant, on November 5, 1930, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALMA FISHEL, Respondent, v. MARK FISHEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of GEORGE DUNHAM, Respondent, against SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH, Appellant, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration and Directing That the Court Appoint an Arbitrator to Decide the Controversy Arising between Said Parties.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee by Merger to AMERICAN TRUST COMPANY, under a Certain Mortgage or Deed of Trust Made by TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH to AMERICAN TRUST COMPANY, as Trustee, Dated March 1, 1928, Respondent v. TWENTY-ONE SIXTY-SIX BROAD-

*Affd., 264 N. Y. 683.